IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ROGER AND DEBRA WILLIAMS<br>4047 Ganford Drive<br>Jarrettsville, MD 21084, | * * * * | |
| Plaintiffs | * * | CIVIL ACTION NO. _____ |
| v. | * * | |
| WELLS FARGO BANK, N.A.<br>101 N. Phillips Avenue<br>Sioux Falls, SD 57104 | * * * * | |
| and | * * | |
| HSBC BANK USA, N.A.<br>as Trustee for Wells Fargo<br>Home Equity Trust 2004-2<br>2 Hanson Place, 14th Floor<br>Brooklyn, NY 11217 | * * * * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendants Wells Fargo Bank, N.A .and HSBC Bank USA, N.A. (collectively, "Defendants"), by their undersigned attorneys, hereby provide Notice pursuant to 28 U.S.C. § 1446 of the removal of the above-captioned case from the Circuit Court for Anne Arundel County to the United States District Court for the District of Maryland. Removal is proper for the following reasons:

1. This action was commenced against Defendants by Plaintiffs Roger and Debra Williams ("Plaintiffs") on January 25, 2013, in the Circuit Court for Anne Arundel County. The case was docketed as Case No. 02-C-13-175453.

2. This Notice is timely under 28 U.S.C. § 1446(b) because Defendants were served on February 4, 2013 and, therefore, this Notice is being filed within thirty (30) days of service of Plaintiffs' Complaint.

3. As averred below, the present action is a civil action over which this Court has original jurisdiction under the provision of the United States Code governing diversity jurisdiction. 28 U.S.C. § 1332. Therefore, this is a civil action which may be removed to this Court pursuant to the provisions of 28 U.S.C. § 1441(a).

(a) Plaintiffs allege in the Complaint that they are residents of Maryland. Complaint, ¶ 6. Thus, Plaintiffs are residents of Maryland for purposes of determining the existence of diversity of citizenship under 28 U.S.C. § 1332.

(b) As listed on the face of the Complaint, Defendants are national banking associations. As is also listed on the face of the Complaint, Wells Fargo is located in Sioux Falls, South Dakota and HSBC Bank USA is located in Brooklyn, New York. Therefore, Wells Fargo is a citizen of South Dakota and HSBC Bank USA is a citizen of New York for purposes of determining diversity jurisdiction. <u>Wachovia v. Schmidt</u>, 546 U.S. 303 (2006) (holding that a national bank is a citizen of the state in which its main office is located).

(c) Therefore, there is complete diversity among the parties.[1]

---

[1] Plaintiffs also allege that Wells Fargo Home Equity Trust 2004-2 is organized under the laws of Delaware. Therefore, if its citizenship is relevant, there is still complete diversity because it is a citizen of Delaware.

(d) Plaintiffs' Complaint seeks compensatory damages in the amount of $100,000.00 per Plaintiff. E.g., Count 1. Thus, the amount in controversy, exclusive of interest and costs, exceeds $75,000.00.

4. Pursuant to 28 U.S.C. § 1441(a), the United States District Court for the District of Maryland is the proper venue for removal because Anne Arundel County, Maryland, the place where this action is pending, is located within the District of Maryland.

5. A copy of this Notice is being sent to Plaintiffs' attorney and will be filed with the clerk of the Circuit Court for Anne Arundel County.

6. Attached to this Notice are copies of all process, pleadings, documents or orders from the state court action that have been served on Defendants.

7. By filing this Notice, Defendants do not waive their right to object to service, service of process, the sufficiency of process, venue, or jurisdiction, and specifically reserves the right to assert any defenses and/or objections to which it may be entitled.

Respectfully submitted,

/s/ Charles S. Hirsch
Charles S. Hirsch (Fed. ID No. 06605)
Robert A. Scott (Fed. ID No. 24613)
BALLARD SPAHR LLP
300 E. Lombard Street, 18th Floor
Baltimore, Maryland 21202
Telephone: 410-528-5600

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of March, 2013, I have caused a true and correct copy of the attached Notice of Removal to be served via first-class mail, postage prepaid:

>Phillip R. Robinson
>Legg Law Firm LLC
>5500 Buckeystown Pike
>Frederick, Maryland 21703

>/s/ Charles S. Hirsch
>Charles S. Hirsch