### IN THE UNITED STATES DISTRICT COURT OF MARYLAND
### (Baltimore Division)

| | | |
|---|---|---|
| **ROGER AND DEBRA WILLIAMS** | * | |
| | * | |
| Plaintiffs | * | |
| | * | Case No.:  1:13-cv-00687-RDB |
| v. | * | |
| | * | |
| **WELLS FARGO BANK, N.A.,** *et al.* | * | |
| | * | |
| Defendants | * | |
| | * | |
| | * | |

### NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE

Plaintiffs, by their undersigned counsel, hereby gives notice pursuant to Fed. R. Civ. P. 41(a) of

the dismissal of their complaint against the Defendants in this action without prejudice.

Respectfully Submitted,

/s/Phillip Robinson
Phillip R. Robinson, Esq., Of Counsel
(Bar No. 27824)
LEGG LAW FIRM LLC
5500 Buckeystown Pike
Frederick, MD  21703
Phone:  (301) 620-1016
Email:  probinson@legglaw.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing will be served upon all parties and attorneys
who also will have notice through ECF of this electronic filing.

/s/ Phillip Robinson
Phillip Robinson

Request Granted this 1st Day of April 2013

Richard D. Bennett
United States District Judge